# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-01850-LTB-CBS

BROOMFIELD SKILLED NURSING AND REHABILITATION CENTER, LLP
ESTATE OF LENA HARMS,

      Plaintiffs,

v.

UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation, and
LUCENT TECHNOLOGIES, INC., a California corporation,

      Defendants.
_____

## ORDER OF RECUSAL
_____

The undersigned judge recuses himself from service in the above captioned matter as he owns stock in Defendant Lucent Technologies, Inc., and directs that this case be returned to the clerk of this court for reentry into the draw for assignment of the case.

      BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Chief Judge

DATED: September 19, 2006