IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01850-WDM-CBS

BROOMFIELD SKILLED NURSING AND REHABILITATION CENTER, and
ESTATE OF LENA HARMS,

    Plaintiffs,

v.

UNITED HEALTHCARE INSURANCE COMPANY,
a Connecticut corporation, and
LUCENT TECHNOLOGIES, INC.,
a California corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant United Healthcare Insurance Company's Unopposed Motion for Entry of Agreed Protective Order (*doc. no. 19)* is **GRANTED**.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    January 19, 2007