IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01850-WDM-CBS

BROOMFIELD SKILLED NURSING AND REHABILITATION CENTER, and
ESTATE OF LENA HARMS,

      Plaintiffs,

v.

UNITED HEALTHCARE INSURANCE COMPANY,
a Connecticut corporation, and
LUCENT TECHNOLOGIES, INC.,
a California corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant United Healthcare Insurance Company's Unopposed Motion for Leave to File First Amended Answer (*doc. no. 23*) is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, Defendant United Healthcare Insurance Company's First Amended Original Answer (*doc no. 23-2*) tendered to the court on February 1, 2007.

      IT IS FURTHER ORDERED that Defendant Lucent Technologies Inc.'s Unopposed Motion for Leave to File First Amended Answer (*doc. no. 24*) is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, Defendant Lucent Technologies First Amended Original Answer (*doc no. 24-2*) tendered to the court on February 1, 2007.

**DATED:**      February 2, 2007